# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **KENYATTA KESHAWN HARRELL** | § § § | **PLAINTIFF** |
| **v.** | § § § § | **Civil No. 1:23-cv-293-HSO-BWR** |
| **CITY OF GULFPORT** | § § | **DEFENDANT** |

## FINAL JUDGMENT

In accordance with the Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 5th day of December, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE